IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00362-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  TORRENCE JAMES,

      Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Resentencing hearing will be held **July 21, 2009, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: May 26, 2009

                                                  s/ Jane Trexler, Judicial Assistant