**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00362-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

TORRENCE K. JAMES,

      Defendant.

---

**ORDER ISSUING WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

The Defendant has moved for the issuance of a *writ of habeas corpus ad prosequendum*. Good cause appearing, IT IS ORDERED THAT:

The Clerk of the Court issue a *writ of habeas corpus ad prosequendum* requiring the United States Marshal to produce Torrence K. James before the United States District Court Judge on July 21, 2009 for re-sentencing hearing in the above-captioned matter.

Dated:  July 6, 2009

                        BY THE COURT:

                        s/ Walker D. Miller

                        _____
                        s/Walker D. Miller
                        United States District Court Judge
                        United States District Court, District of Colorado